UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-D-2017

HARVEY SENDER, TRUSTEE OF THE LIFEBLOOD BIOMEDICAL, INC.
LIQUIDATION TRUST,

      Plaintiff,

v.

DEMPSEY & ASSOCIATES, P.A., d/b/a DEMPSEY & SASSO, a Florida corporation,
and BERNARD DEMPSEY, an individual,

      Defendants.
_____

**ORDER OF DISMISSAL**
_____

The parties filed a Stipulated Motion for Dismissal with Prejudice (# 8) on

January 13, 2006.  After a careful review of the Stipulation and the file, the Court

concludes that the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay

his or its own costs and attorneys' fees.  It is

FURTHER ORDERED that the four-day jury trial scheduled to commence on

Monday, February 27, 2006, at 9:00 a.m. is **VACATED**.  It is

FURTHER ORDERED that the final trial preparation conference scheduled for

Thursday, February 9, 2006, at 4:00 p.m. is **VACATED**.

Dated:  January 17, 2006

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge